Steptoe & Johnson LLP
Richard G. Reinis (SBN 45811)
  rreinis@steptoe.com
Mark Neubauer (SBN 73728)
  mneubauer@steptoe.com
Carla Veltman (SBN 223910)
  cveltman@steptoe.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone No.: (310) 734-3200
Fax No.: (310) 734-3300

Attorneys for Plaintiff Marcia Brower, Trustee of
the David and Marcia Brower Trust Agreement

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA BROWER, as trustee of the DAVID AND MARCIA BROWER TRUST AGREEMENT,<br><br>Plaintiff,<br><br>v.<br><br>THE LITTLE GIRAFFE, INC., a California corporation, SHARYN BROWER NEWBERG, an individual, ROSALIE & FRIENDS, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV08-01111 PSG (PLAx)<br><br>Judge: Hon. Philip S. Gutierrez<br><br>**DECLARATION OF MARK A. NEUBAUER REGARDING STATUS OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Courtroom 790 (Roybal)<br>Complaint filed: February 19, 2008 |

Doc. # CC-181059 v.1

I, Mark A. Neubauer, declare:

1. I am an attorney at law, duly admitted to practice before this Court, and am a partner in the law firm of Steptoe & Johnson LLP, counsel for Plaintiff in the within action. I have personal knowledge of all the facts set forth in this Declaration and, if called and sworn to testify at trial or at any hearing before this Court, would and could testify as set forth in this Declaration.

2. I make this Declaration to advise the Court of the current status of this action and in response to the Declaration of Defendant's counsel, Roland Tellis, filed on February 29, 2008.

3. At that time, Mr. Tellis stated to the Court that the parties had been engaging in settlement discussions and requested the Court defer ruling on the *Ex Parte* Application "in order to permit the parties an opportunity to formalize their settlement agreement" (Tellis Decl. ¶ 10, p. 4, ll. 5-6).

4. Unfortunately, the parties have reached an impasse and have been unable to resolve their differences. Defendant Sharyn Newberg's counsel recently has stated there is no enforceable settlement.

5. Yesterday, our office was advised that Defendant Sharyn Newberg intends to substitute in new counsel, Lawrence J. Szabo, Esq., Law Office of Lawrence J. Szabo, 11111 Santa Monica Boulevard, Suite 1000, Los Angeles, California 90025, (877) 648-9192, and Mr. Szabo contacted us to arrange a meeting which he says is necessary to file a motion under Rule 12(b)(6).

6. Accordingly, given the fact that settlement has not been consummated, Plaintiff respectfully requests the Court rule on the Application for a Temporary Restraining Order and issue an Order to Show Cause in Re: Preliminary Injunction. Defendants at no time have submitted any substantive opposition in connection

///
///
///

Doc. # CC-181059 v.1

1
2  with the *Ex Parte* Application to dispute any of the facts or merits of Plaintiff's
3  request for injunctive relief.
4      I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6      Executed this 3rd day of April, 2008 at Los Angeles, California.
7
8
9              /s/ Mark A. Neubauer
               MARK A. NEUBAUER
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Doc. # CC-181059 v.1