| | |
|---|---|
| Steptoe & Johnson LLP<br>Richard G. Reinis (SBN 45811)<br>rreinis@steptoe.com<br>Mark Neubauer (SBN 73728)<br>mneubauer@steptoe.com<br>Carla Veltman (SBN 223910)<br>cveltman@steptoe.com<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA  90067<br>Telephone No.:  (310) 734-3200<br>Fax No.:  (310) 734-3300 | E-FILED 10/16/08<br>JS-6 |

Attorneys for Plaintiff Marcia Brower, Trustee of the David and Marcia Brower Trust Agreement

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA BROWER, as trustee of the DAVID AND MARCIA BROWER TRUST AGREEMENT,<br><br>  Plaintiff,<br><br>  v.<br><br>THE LITTLE GIRAFFE, INC., a California corporation, SHARYN BROWER NEWBERG, an individual, and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.: CV08-01111 PSG (PLAx)<br><br>[PROPOSED] JUDGMENT<br><br>Judge:  Hon. Philip S. Gutierrez<br><br>Complaint filed: February 19, 2008 |

Doc. # CC-191742 v.1

1   WHEREAS, Plaintiff Marcia Brower, trustee of the David and Marcia Brower Trust Agreement and shareholder in The Little Giraffe Inc. ("Plaintiff") filed a derivative Verified First Amended Complaint for violation of the Lanham Act, Business and Professions Code Section 17200, misappropriation of trade secrets, conversion and breach of fiduciary duty on April 25, 2008, against Defendants The Little Giraffe, Inc. and Sharyn Brower Newberg ("Defendants"), and therein made application for injunctive relief.

WHEREAS, Plaintiff and Defendant Newberg desire to resolve the claims asserted in this action without further litigation by the grant of relief in favor of Plaintiff as herein set forth.

WHEREAS, Plaintiff and Defendant Newberg have entered into a Stipulated Permanent Injunction, which the Court has approved by Order dated _____, 2008.

Pursuant to the parties' Stipulation for Permanent Injunction and Entry of Judgment and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Plaintiff having prevailed herein, judgment is entered in favor of Plaintiff Marcia Brower, Trustee of the David and Marcia Brower Trust Agreement in accordance with the parties' Stipulation for Permanent Injunction and Entry of Judgment.  All other claims are dismissed with prejudice.

DATED: October 15, 2008

**Philip S. Gutierrez**
Honorable Philip S. Gutierrez
United State District Court Judge

1

Doc. # CC-191742 v.1